CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 18 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WILLIE H. EASLEY, JR., | ) |
| Plaintiff, | ) Case No. 4:05-CV-00019 |
| v. | ) **ORDER** |
| GREEN TREE SERVICING, LLC., | ) By: Jackson L. Kiser |
| Defendant. | ) Senior United States District Judge |

For the reasons set forth on the record, it is hereby ORDERED that this case be held in abeyance while the Plaintiff is given fourteen days from the date of this Order to produce certification from his physician showing that he was unable to be physically present before this Court today.

The Clerk of the Court is hereby directed to send a certified copy of this ORDER to all counsel of record.

ENTERED: /s/ Jackson L. Kiser
Senior United States District Judge
8/16/05
Date