IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| WILLIE H. EASLEY, JR., ) | |
| ) | Case No. 4:05-CV-00019 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GREEN TREE SERVICING, LLC., ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |
| ) | |
| ) | |

Before me is a *Motion for Summary Judgment* [9] filed by Defendant Green Tree Servicing, LLC. Pursuant to the *MEMORANDUM OPINION* entered contemporaneously herewith, I hereby **GRANT** the Defendant's *Motion for Summary Judgment* [9] as it pertains to Count III of the Plaintiff's *Complaint* [1], and I hereby **REMAND** Count I and Count II of the Plaintiff's *Complaint* [1] to the Circuit Court of the County of Halifax.

The Clerk of the Court is hereby directed to send a certified copy of this *ORDER* and the cited *MEMORANDUM OPINION* to all counsel of record.

Entered this 3rd day of October, 2005.

                                                          s/Jackson L. Kiser
                                                          Senior United States District Judge